County of New York.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JACOB MARKS, Petitioner, Respondent, Appellant, for an Order against FIORELLO H. LAGUARDIA and Others, Appellants, Respondents.— Order, so far as appealed from by the defendants, unanimously affirmed, with twenty dollars costs and disbursements to the petitioner. Order, so far as appealed from by the petitioner, unanimously modified so as to include interest at six per centum upon all annuity payments which became due and payable from January, 1928, and as so modified, affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ANNA ELEANOR JABLONSKI, Appellant, v. RENEE BOIVIN, Defendant, Impleaded with COMPAGNIE GENERALE TRANSATLANTIQUE, Also Known as THE FRENCH LINE, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted with respect to items 1 to 5, with the proviso that defendant-respondent, if it cannot produce the persons through whom its examination is to be held, may offer proof thereof upon the examination which is to proceed at a time and place to be fixed in the order to be entered hereon. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ANNA ELEANOR JABLONSKI, Appellant, v. RENEE BOIVIN, Defendant, Impleaded with COMPAGNIE GENERALE TRANSATLANTIQUE, Also Known as THE FRENCH LINE, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

FLORENCE G. EDELSTEIN, Respondent, v. JACOB A. EDELSTEIN, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to plaintiff for her support and maintenance and for the support and maintenance of the issue of the marriage to the sum of seventy-five dollars per week, and counsel fee to the sum of $400, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

PATRICIA JACOBS, Respondent, v. ALBERT JACOBS, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of sixty dollars per week, and counsel fee to the sum of $600, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JAMES DOLAN, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN and Others, Respondents, and JAMES A. DRISCOLL, Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the defendants-respondents.° No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ANNA UNGER, Appellant, v. FURMAN HOLDING CORP., Defendant, Respondent, by Way of Original Summons and PROSPECT PAPER BOX CO., INC., Impleaded Defendant, Respondent, by Way of Supplemental Summons.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No